# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. KVICHKO,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01077-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND MOTION REGARDING PROPERTY AND DOCKET SHEET<br><br>[ECF No. 16] |

Plaintiff Raymond Alford Bradford is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's notice of change of address and motion regarding his property and a copy of the docket sheet, filed on May 29, 2018. (ECF No. 16.) Plaintiff has informed the Court of his change of address, and seeks a copy of the docket sheet which would so indicate his new address at California State Prison, Lancaster. Plaintiff's address has been updated by the Clerk of the Court. No copy of the docket sheet will be provided, as this order provides the confirmation of address change that he seeks.

Plaintiff also states that he is without his legal and personal property due to his placement in administrative segregation and movement from Richard J. Donovan Correctional Facility to California State Prison, Lancaster. Plaintiff seeks an order requiring prison officials to respond regarding his lack of access to his property.

The Court declines to issue such an order. It is typical for prisoners to be temporarily without full access to their property due to housing transfers. If Plaintiff requires additional time to comply

1

with any deadline while his property transfer is being processed, he may file a request with the Court supported by good cause.

Accordingly, Plaintiff's motion is HEREBY DENIED, for the reasons explained above.

IT IS SO ORDERED.

Dated: __June 13, 2018__

_____
UNITED STATES MAGISTRATE JUDGE