# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. KVICHKO,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01077-AWI-SAB (PC)<br><br>ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>[ECF Nos. 20] |

Plaintiff Raymond Alford Bradford is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 2, 2018, Plaintiff filed a motion for leave to amend his complaint to add additional claims. (ECF No. 20.) The deadline for filing an opposition or notice of non-opposition to that motion has passed, and none was filed. Local Rule 230(l). The Court finds it appropriate to require a response to the motion.

Accordingly, Defendants shall file a response to Plaintiff's motion for leave to amend within fourteen (14) days. Plaintiff shall have seven (7) days from the filing of the response to file a reply.

IT IS SO ORDERED.

Dated:  **July 30, 2018**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE