# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRANDFORD,<br><br>    Plaintiff,<br><br>v.<br><br>E. KVICHKO,<br><br>    Defendant. | Case No.: 1:16-cv-01077-AWI-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO ORDER DENYING EX PARTE MOTION AND REQUEST FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 36.) |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 10, 2018, Plaintiff filed an ex parte motion and request for appointment of counsel, with a declaration in support. (ECF No. 26.) On August 14, 2018, the Court denied Plaintiff's ex parte motion and request for appointment of counsel, without prejudice. (ECF No. 29.)

Currently before the Court is Plaintiff's objection to that order, stating that his request was based on the denial of access to his legal property, which affects his ability to present a non-frivolous claim and evidence to support it. (ECF No. 36.)

The Court has previously considered on several occasions Plaintiff's issues regarding access to his property following a housing transfer, and considered it in evaluating his request for appointed counsel. (ECF No. 29, at 2.) Despite his contentions, he is actively litigating this case, is submitting filings almost daily, and has sufficiently articulated his claim.

1

As previously found, Plaintiff's issues regarding access to his legal property does not present extraordinary circumstances necessitating the search for volunteer counsel in this case. Plaintiff gives no further information on the status of his property issue, and raises no grounds for the Court to reconsider its prior ruling.

Accordingly, Plaintiff's objection is HEREBY OVERRULED.

IT IS SO ORDERED.

Dated: **August 28, 2018**

UNITED STATES MAGISTRATE JUDGE