# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>E. KVICHKO,<br><br>    Defendant. | Case No.: 1:16-cv-01077-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER FOR LEGAL SUPPLIES, PHOTOCOPYING SERVICES, AND ACCESS TO THE LAW LIBRARY<br><br>(ECF No. 39) |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an order for legal supplies, photocopying services, and access to the law library, filed on August 29, 2018. (Doc. No. 39.) Plaintiff states that photocopying services have been denied because the legal papers have been defective, lost, or destroyed, and that his papers have been held for an unnecessary or unreasonable amount of time. Plaintiff attaches a copy of an order granting him an extension of time in a case pending before the Southern District of California on July 3, 2018, in *Raymond Alford Bradford v. K. Khamooshian, et al.*, No. 17-cv-2053-BAS-MDD.

The basis for Plaintiff's motion is not clear. Despite his contention that he has inadequate legal supplies, the Court is in receipt of filings from Plaintiff almost daily. Plaintiff's contentions regarding his legal papers and lack of photocopying services are vague and confusing. Plaintiff does not explain

1

how or in what manner he is being denied sufficient access to the law library to litigate this matter, and how he is being prejudiced.

For these reasons, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**August 30, 2018**__

UNITED STATES MAGISTRATE JUDGE