# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No.: 1:16-cv-01077-LJO-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING |
| v. | (ECF No. 39) |
| E. KVICHKO, | ORDER DENYING PLAINTIFF'S MOTION FOR MANDATORY SETTLEMENT CONFERENCE |
| Defendant. | (ECF No. 42) |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are Plaintiff's motion for an evidentiary hearing, filed on August 30, 2018, (ECF No. 40), and Plaintiff's motion for mandatory settlement conference, also filed on August 30, 2018, (ECF No. 42).

First, as to Plaintiff's motion for an evidentiary hearing, he argues that the facts are undisputed by Defendant, and therefore he is entitled to an evidentiary hearing and relief. If there was no dispute of facts, no evidentiary hearing would be necessary, and therefore Plaintiff's request for a hearing is not well taken. Further, Defendant has answered the complaint in this case by denying all of Plaintiff's allegations and raising affirmative defenses. (Doc. No. 17.) Thus, the record reflects a dispute of facts at this stage. For these reasons, Plaintiff's motion is denied.

///

1

Second, as to Plaintiff's motion for a mandatory settlement conference, the Court does not find that this matter is appropriate for a conference. Nothing in this order precludes the parties from discussing settlement informally, or jointly requesting a conference. Therefore, Plaintiff's motion is denied.

Accordingly, Plaintiff's motion for an evidentiary hearing (ECF No. 40) and motion for a mandatory settlement conference (ECF No. 42) are HEREBY DENIED.

IT IS SO ORDERED.

Dated: **August 31, 2018**

UNITED STATES MAGISTRATE JUDGE