# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No.: 1:16-cv-01077-LJO-SAB (PC) |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING, AS DUPLICATIVE |
| v. | (ECF No. 43) |
| E. KVICHKO, | |
| Defendant. | |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an evidentiary hearing, filed on August 31, 2018. (ECF No. 43.) The motion is duplicative of the same motion Plaintiff filed on August 30, 2018, (ECF No. 40), which was ruled on by an order issued on August 31, 2018, (ECF No. 44.) Plaintiff is warned that duplicative or redundant filings will be stricken, and may lead to sanctions.

Accordingly, Plaintiff's motion for an evidentiary hearing filed on August 31, 2018 (Doc. No. 43), is HEREBY STRICKEN, as duplicative.

IT IS SO ORDERED.

Dated: **September 4, 2018**

UNITED STATES MAGISTRATE JUDGE