# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No. 1:16-cv-01077-LJO-SAB (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS AS MOOT |
| v. | |
| E. KVICHKO, | (ECF No. 54) |
| Defendant. | |

On October 31, 2018, the Court dismissed this action with prejudice due to Plaintiff's failure to state a cognizable claim upon which relief may be granted and as a sanction for Plaintiff's bad faith, frivolous, and harassing litigation. (ECF No. 51.) On November 13, 2018, Plaintiff Raymond Alford Bradford, a state prisoner proceeding *pro se*, filed a notice of appeal and a motion to proceed *in forma pauperis*. (ECF Nos. 53, 54.)

However, Federal Rule of Appellate Procedure 24(a)(3) provides that "a party who was permitted to proceed *in forma pauperis* in the district-court action … may proceed on appeal *in forma pauperis* without further authorization, unless" an exception is applicable. In this case, Plaintiff was permitted proceed *in forma pauperis* in this Court and neither of the two exceptions are applicable.

//

///

1

Additionally, on February 25, 2019, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal. (ECF No. 57.)

Therefore, Plaintiff's motion to proceed on appeal *in forma pauperis*, (ECF No. 54), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 6, 2019**

UNITED STATES MAGISTRATE JUDGE